**STATE of Missouri, Respondent,**

v.

**Andre FANNIEL, Appellant.**

**No. WD 74035.**

Missouri Court of Appeals, Western District.

Oct. 9, 2012.

Jennifer A. Wideman, Jefferson City, MO, for appellant.

Laura G. Martin, Kansas City, MO, for respondent.

Before Division One: JAMES M. SMART, Presiding Judge, LISA WHITE HARDWICK and GARY D. WITT, Judges.

#### ORDER

PER CURIAM.

Andre Fanniel appeals from his conviction of first-degree tampering with a motor vehicle. He contends the circuit court plainly erred in admitting evidence of uncharged crimes that was improperly used to show his propensity to commit the charged offense. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of conviction.

AFFIRMED. Rule 30.25(b).